UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00221-9-MOC
DOCKET NO. 3:18-CR-55-1-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| **DENNIS SWERDLEN,** | ) | |
| | ) | |
| Defendant**.** | ) | |

**THIS MATTER** is before the Court on defendant's two separate motions, titled as "Agreed Motion to Permit Defendant's Use of Prescribed Medical Marijuana," filed in Criminal Case Numbers 3:16cr221-9 (#397) and 3:18cr55-1 (#21). Defendant's motions state that the Government has no objection to the motions. As both parties are aware, while medical marijuana has been legalized under Florida law, it remains an illegal substance under federal law. For this reason, the Court will require a response from the Government before ruling on the motions, explaining its position on the issue.

**ORDER**

**IT IS, THEREFORE, ORDERED** that within ten days the Government shall file a response to defendant's motions titled "Agreed Motion to Permit Defendant's Use of Prescribed Medical Marijuana," in Criminal Case Numbers 3:16cr221-9 and 3:18cr55-1. The Clerk's office shall file this Order in both cases.

Signed: July 12, 2019

Max O. Cogburn Jr
United States District Judge